UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR622-010 |
| | ) | |
| DOMANEK LAQUAN MINCEY | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Amy Lee Copeland** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Amy Lee Copeland** be granted leave of absence for the following periods: June 12, 2023 through June 16, 2023.

**SO ORDERED**, this the __16th__ day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA